IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-83 |
| | § | |
| JOSE MIGUEL TREVINO | § | |
| JOSE GARCIA PARDO | § | |

# O R D E R

Defendant Pardo filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 80). Defendant Trevino is unopposed and joins in the motion. The motion for continuance is GRANTED. The sentencing hearing is reset to **November 6, 2012, at 9:00 a.m.**

SIGNED on September 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge